UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES ALBERT ASHPOLE,            )<br>                                                       )<br>           Petitioner,                          )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>IVAN BUSTOS, *et al.*,                    )<br>                                                       )<br>           Respondents.                     )<br>_____) | CASE NO. 2:05-cv-01806 PHX JWS<br><br>ORDER FROM CHAMBERS<br><br>[Re:  Report and Recommendation<br>         at Docket 22] |

## I.  MATTER PRESENTED

At docket 1, petitioner filed a petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.  At docket 15, respondents filed an answer to the petition.  Magistrate Judge Virginia A. Mathis filed a report and recommendation at docket 22.  At docket 23, petitioner filed objections to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."[1]  When reviewing a magistrate judge's report and recommendation in a habeas case, the district court reviews *de novo* findings

---

[1] 28 U.S.C. § 636(b)(1).

of fact[2] and conclusions of law and to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  DISCUSSION

Having reviewed the report and recommendation according to the standard articulated above, the court **ACCEPTS** it.  The petition filed at docket 1 is **DENIED**.  This case is **DISMISSED**.

DATED at Anchorage, Alaska, this 17th day of May, 2006.

                                    /s/
                         JOHN W. SEDWICK
            UNITED STATES DISTRICT COURT JUDGE

---

[2] 28 U.S.C. § 636(b)(1).

[3] *Barilla v. Ervin,* 886 F.2d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.,* 77 F.3d 1170, 1174 (9th Cir. 1996).

[4] *Taberer v. Armstrong World Indus., Inc.,* 954 F.2d 888, 906 (3d Cir. 1992).